CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ZACHARY G.F. ABRAHAMSON (CABN 310951)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
zachary.abrahamson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MACRIN PERALTA-PEREZ,<br><br>Defendant. | Case No. 3:26-cr-00455 CRB<br><br>**[ ~~PROPOSED~~ ] ORDER FOR RELEASE**<br><br>Hearing Date: September 23, 2026<br>Hearing Time: 10:00 a.m.<br>Courtroom: 17th Floor, Courtroom 6<br><br>Hon. Charles R. Breyer |

For good cause shown and for the reasons stated in open court, defendant Macrin Peralta-Perez shall be released from U.S. Marshal's custody no later than ______ on September 24, 2026, on the terms and conditions of supervised release announced in open court.

**IT IS SO ORDERED.**

DATED: September 23, 2026

CHARLES R. BREYER
United States District Judge